# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DAVID LEWIS
ADC #165397                                                          PLAINTIFF

v.                          No. 5:19-cv-57-DPM

RYLIE, Lieutenant; SIMMONS,
Lieutenant; MOORE, Sergeant;
FRANIS MAYO, Inmate; LARRY
NORRIS, Responsible for Medical Staff;
and DOES, Inmates, Medical Staff                                   DEFENDANTS

## ORDER

Unopposed recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Lewis's complaint will be dismissed without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 May 2019