IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID LEWIS
ADC #165397                                               PLAINTIFF

v.                       No. 5:19-cv-57-DPM

RYLIE, Lieutenant; SIMMONS,
Lieutenant; MOORE, Sergeant;
FRANIS MAYO, Inmate; LARRY
NORRIS, Responsible for Medical Staff;
and DOES, Inmates, Medical Staff                         DEFENDANTS

## JUDGMENT

Lewis's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 May 2019